IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 91-00031-01/02-CR-W-DW |
| | ) | |
| **MARIA CIELO SAENZ**, | ) | |
| and | ) | |
| **JOSE F. OCHOA**, | ) | |
| Defendants. | ) | |

## ORDER

The Government's Motion to Dismiss Indictment as to Maria Cielo Saenz and Jose F. Ochoa in the above-styled case is GRANTED. (Doc. 18).

IT IS SO ORDERED.

Date:   June 28, 2007                             /s/ Dean Whipple
                                                  Dean Whipple
                                                  United States District Judge